THE PEOPLE OF THE STATE OF NEW YORK *v.* THE GLOBE MUTUAL INSURANCE COMPANY.

| 96 | 675 |
| Case 1 | |
| 169 | 208 |

(Argued April 29, 1884; decided October 7, 1884.)

*Wm. Ives Washburn* for appellant.

*George W. Wingate* for respondent.

Agree to reverse order of General Term, and affirm on the opinion of referee.

All concur.

Ordered accordingly.

---

THOMAS CAHILL, Appellant, *v.* HENRY HILTON et al., Repondents.

(Argued June 3, 1884; decided October 7, 1884.)

*Austen G. Fox* for appellant.

*Samuel Hand* for respondents.

Agree to affirm; no opinion.

All concur.

Order affirmed.

---

JOHN MCDERMOTT, Respondent, *v.* SARAH N. BULL, Appellant.

(Argued June 23, 1884; decided October 7, 1884.)

*Edward D. Cowman* for appellant.

*Anthony Barrett* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.